ENTERED – SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED – SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY shy _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDMUND CHEIN,<br><br>          Petitioner,<br><br>     v.<br><br>JERRY POWERS, Chief Probation Officer for Los Angeles County,<br><br>          Respondent. | Case No.  CV 13-00126 ABC (AN)<br><br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated:  December 12, 2013

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE